**Roy VAUGHN and Zelma Vaughn,
Plaintiffs-Appellants,**

v.

**W. T. COPPINGER, District Director of
Internal Revenue for Birmingham,
Alabama, Defendant-Appellee.**

**Emma Lou JOHNSON, Plaintiff-
Appellant,**

v.

**W. T. COPPINGER, District Director of
Internal Revenue for Birmingham,
Alabama, Defendant-Appellee.**

**Nos. 71–1303, 71–1306
Summary Calendar.***

United States Court of Appeals,
Fifth Circuit.

June 15, 1971.

Attys., Tax Div. Dept. of Justice, Washington, D. C., Fred B. Ugast, Acting Asst. Atty. Gen., for appellee.

Before WISDOM, COLEMAN and SIMPSON, Circuit Judges.

PER CURIAM:

Affirmed.[1] See Local Rule 21.[2]

**Leonard ALLRED, Plaintiff-Appellant,**

v.

**James H. SUMMERSGILL, III, et al.,
Defendants-Appellees.**

**No. 31103.**

United States Court of Appeals,
Fifth Circuit.

June 4, 1971.

J. Louis Wilkinson, Charles Crowder, Parker, Wilkinson & Montgomery, P. A., Wilder, Crowder, & Hampe, Birmingham, Ala., for appellants.

Wayman G. Sherrer, U. S. Atty., Birmingham, Ala., Johnnie M. Walters, Asst. Atty. Gen., Meyer Rothwacks, Crombie J. D. Garrett, William S. Estabrook, III,

Orlando G. Bendana, Trial Atty., New Orleans, La., for plaintiff-appellant.

Stanley E. Loeb, New Orleans, La., L. G. LaPlante, Jr., LaPlante & Serpas,

---

\* Rule 18, 5 Cir.; See Isbell Enterprises, Inc. v. Citizens Casualty Company of New York et al., 5 Cir., 1970, 431 F.2d 409, Part I.

1. The decision of the district court is reported, Johnson v. Coppinger, N.D.Ala. 1971, 320 F.Supp. 716. The district court entered a memorandum order in No. 71–

1303, *Vaughn*, adopting and incorporating its decision in No. 71–1306, *Johnson*. The issues in the two cases are conceded by the parties to be identical.

2. See NLRB v. Amalgamated Clothing Workers of America, 5 Cir., 1970, 430 F.2d 966.

Galliano, La., Loeb & Livaudais, Claire Loeb, New Orleans, La., for defendants-appellees.

Before GEWIN, BELL and MORGAN, Circuit Judges.

PER CURIAM:

Affirmed. See Local Rule 21.[1]

Joel DORRIS, Plaintiff-Appellee,

v.

Donald McCORMICK, Defendant-Appellant.

No. 30705.

United States Court of Appeals, Fifth Circuit.

June 8, 1971.

H. O. Pemberton, Tallahassee, Fla., for defendant-appellant.

Roy T. Rhodes, Tallahassee, Fla., for plaintiff-appellee.

Before GODBOLD, SIMPSON and CLARK, Circuit Judges.

PER CURIAM:

Affirmed. See Local Rule 21.[1]

1. See NLRB v. Amalgamated Clothing Workers of America, 5 Cir., 1970, 430 F.2d 966.

Robert K. BALLARD, Jr., Plaintiff-Appellant,

v.

MARINE COOKS AND STEWARDS UNION, Defendant-Appellee.

No. 24701.

United States Court of Appeals, Ninth Circuit.

May 21, 1971.

Robert K. Ballard, Jr., in pro. per.

Jay A. Darwin (argued), John Riordan, of Darwin & Riordan, San Francisco, Cal., for defendant-appellee.

1. See NLRB v. Amalgamated Clothing Workers of America, 5 Cir., 1970, 430 F.2d 966.